## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEGAN McLAUGHLIN, on behalf of herself and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BOSTON HARBOR CRUISE LINES, INC., and MODERN CONTINENTAL,<br><br>Defendants. | Docket No. 03-10905GAO |

### JOINT MOTION FOR APPROVAL OF SETTLEMENT

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff and the Defendants respectfully move this

Court that the settlement between Plaintiff and the Defendants that is set forth in Exhibit A to the

[Proposed] Stipulated Order Approving Settlement annexed to this motion as Exhibit 1 be approved

by the Court, and that the Court enter said [Proposed] Stipulated Order Approving Settlement.

Plaintiff,                                         Defendants,

MEGAN MCLAUGHLIN,                    MODERN CONTINENTAL
                                                   CONSTRUCTION CO., INC., sued herein
                                                   as "Modern Continental"

By her Attorneys,                            By its Attorneys,

Thomas V. Urmy, Jr. (BBO #506620)     Richard D. Wayne (BBO #518200)
Todd Heyman (BBO #643804)             Brian E. Lewis (BBO #643717)
Matthew L. Tuccillo (BBO #643336)     HINCKLEY ALLEN & SNYDER LLP
SHAPIRO HABER & URMY LLP              28 State Street
53 State Street                      Boston, MA  02109
Boston, MA  02109                    Tel. (617) 345-9000
Tel. (617) 439-3939                  Fax (617) 345-9020
Fax (617) 439-0134

*Vincent P. Dunn (signature)*

Vincent P. Dunn (BBO #551034)
MELICK, PORTER & SHEA LLP
28 State Street
Boston, MA  02108
(617) 523-6200

HARBOR CRUISES LLC, sued herein as
"Boston Harbor Cruise Lines, LLC"

By its Attorney,

*Mary E. O'Neal (signature)*

Mary E. O'Neal (BBO #379325)
MASTERMAN, CULBERT & TULLY LLP
One Lewis Wharf
Boston, MA  02110
(617) 227-8010